Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-51618 BL | Trustee: | (520196) MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | FLANAGAN, TERENCE J., III | Filed (f) or Converted (c): | 10/13/05 (f) |
| | | §341(a) Meeting Date: | 12/19/05 |
| Period Ending: | 02/29/08 | Claims Bar Date: | 03/24/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 19 | 1/2 interest Toyota Camry-scheduled | 1,250.00 | 1,200.00 | | 1,200.00 | FA |
| 20 | Deferred compensation-unscheduled | 2,838.15 | 2,838.15 | | 2,838.15 | FA |
| 21 | Preference claim-Citibank-unscheduled (u) | 0.00 | Unknown | | 3,112.40 | FA |
| 22 | Preference claim-Chase-unscheduled (u) | 0.00 | 6,500.00 | | 6,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 229.11 | Unknown |
| 23 | Assets   Totals (Excluding unknown values) | $50,771.15 | $13,138.15 | | $19,679.66 | $0.00 |

**Major Activities Affecting Case Closing:**

Tthe Trustee filed a Motion to compromise in connection with excess equity in 2 automobiles owned by the debtor, which was granted. The Trustee also has settled certain preference claims. The Trustee will file his Final Report in 2008.

Initial Projected Date Of Final Report (TFR):   June 30, 2008         Current Projected Date Of Final Report (TFR):   June 30, 2008

Exhibit B