**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| FLANAGAN, TERENCE J., III | CASE NO. 05-51618 BL |
| Debtor. | JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
    Will County Court Annex Building
    57 North Ottawa Street
    Room 201
    Joliet, Illinois 60432

    on:   **May 16, 2008**
    at:   **9:15 a.m**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         19,668.20

    b. Disbursements                           $          2,369.28

    c. Net Cash Available for Distribution     $         17,298.92

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,716.82 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $137,186.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 10.63%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 7,382.74 | $ 784.74 |
| 2 | Chase Bank USA, N.A. | $ 2,934.05 | $ 311.87 |
| 3 | Citigroup Global Markets Inc | $ 103,487.25 | $ 11,000.09 |
| 4 | Citibank(South Dakota) N A | $ 2,210.33 | $ 234.95 |
| 5 | Citibank(South Dakota) N A | $ 21,171.89 | $ 2,250.45 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **April 18, 2008**             For the Court,

By **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   One NORTH LA SALLE STREET
           Suite 1775
           CHICAGO, IL  60602

Phone No.:  (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                Page 1 of 1                 Date Rcvd: Apr 18, 2008
Case: 05-51618                     Form ID: pdf002            Total Served: 14

The following entities were served by first class mail on Apr 20, 2008.
db           +Terence J. Flanagan, III,    5 Sandalwood Court,    Bolingbrook, IL 60440-1573
aty          +Elizabeth A. Bates,   Huck Bouma PC,    1755 S. Naperville Road,    Wheaton, IL 60187-8144
tr           +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
10161338      Chase,   P. O. Box 15153,    Wilmington, DE 19886-5153
10161339      Chase America Online,    P. O. Box 15153,    Wilmington, DE 19886-5153
10557986     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10653304     +Citibank(South Dakota) N A,    Citibank/Choice,    Exception Payment Processing,    P O BOX 6305,
               The Lakes NV 88901-6305
10161340      Citicards,   P. O. Box 688901,    Des Moines, IA 50368-8901
10161341      Citicards,   P. O. Box 688909,    Des Moines, IA 50368-8909
10161342     +Citigroup,    77 Water Street,    New York, NY 10005-4401
10597923     +Citigroup Global Markets Inc,    Michael C Brink Esq Jaesica E Price Esq,
               1001 Lakeside Avenue Suite 1600,    Cleveland Ohio 44114-1193
10161343      Citimortgage,    P. O. Box 183040,    Columbus, OH 43218-3040
10161344     +Michael C. Brink,    Brouse McDowell,    1001 Lakeside Ave, Ste. 1600,    Cleveland, OH 44114-1193
10161345     +Salomon Smith Barney,    77 Water Street,    New York, NY 10005-4499

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2008**                     **Signature:** *Joseph Speetjens*